1   JAMES F. CLAPP (145814)
    jclapp@sdlaw.com
2   MARITA MURPHY LAUINGER (199242)
    mlauinger@sdlaw.com
3   ZACH P. DOSTART (255071)
    zdostart@sdlaw.com
4   DOSTART CLAPP GORDON & COVENEY, LLP
    4370 La Jolla Village Drive, Suite 970
5   San Diego, California  92122-1253
    Tel:  858-623-4200
6   Fax: 858-623-4299

7   Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

11

12  CYNTHIA COLE, DARIN                 CASE NO. SACV10-00632 DOC (MLGx)
    TAKAHASHI, SALLY HELMKEN,
13  and CARRIE WEHNER individually      **DECLARATION OF ZACH P.**
    and on behalf of all others similarly   **DOSTART IN SUPPORT OF**
14  situated; and GEORGIA               **PLAINTIFFS' OPPOSITION TO**
    SCHROEDER, individually,            **DEFENDANTS' RENEWED MOTION**
15                                      **TO STAY ACTION**
                    Plaintiffs,
16                                      Date:   September 13, 2010
    vs.                                 Time:  8:30 a.m.
17                                      Ctrm:  9D
    J.P. MORGAN CHASE & CO, and
18  JP MORGAN CHASE BANK N.A.           Hon. David O. Carter

19                  Defendants.

20

21        I, Zach Dostart, declare:

22        1.    I am an attorney licensed to practice law in the State of California and

23  before this Court and am an associate with the law firm of Dostart Clapp Gordon &

24  Coveney, LLP, attorneys of record for plaintiffs herein.  I have personal knowledge

25  of the following facts and if called as a witness would testify as follows:

26        2.    During the weeks leading up to the mediation, the Cole plaintiffs

27  emailed, called and sent letters to Chase and counsel for the Whalen plaintiffs,

28  asking for permission to attend the mediation.  Our goal was to protect the unique

DECLARATION OF ZACH P. DOSTART IN SUPPORT OF PLAINTIFFS'          SACV10-00632 DOC (MLGx)
OPPOSITION TO DEFENDANTS' RENEWED MOTION TO STAY ACTION

1   and unrepresented interests of California and Illinois class members.

2        3.     Chase and the <u>Whalen</u> plaintiffs refused to permit the <u>Cole</u> parties to

3   participate in the mediation.

4        4.     The fact that Chase and the <u>Whalen</u> plaintiffs have excluded us from

5   the mediation and have conducted their settlement negotiations in secret gives us

6   serious concern that a collusive reverse auction has taken place.

7        I declare under penalty of perjury under the laws of the United States of

8   America that the foregoing is true and correct.  Executed on August 23, 2010, at San

9   Diego, California.

10

11                              s/ Zach P. Dostart

12                              Zach P. Dostart

13

14   368868.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2